AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Nash N. Tuten,

Plaintiff,

v.

Officer Dustin Belfiore et al.,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-96

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 7, 2022, Plaintiff's Amended Complaint is dismissed for failure to state any viable claim for relief. This action stands closed.

Approved by: *Christopher L. Ray*
Magistrate Judge Christopher L. Ray

July 7, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020